# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ANTON EWING, | ) | No. CV 11-1127-DMG (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| TERESER A. BANKS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the findings, conclusions and recommendations of the magistrate judge, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: September 26, 2014

/s/ Dolly M. Gee
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE